OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
2300 TULARE STREET, SUITE 330
FRESNO, CALIFORNIA 93721-2226
(559) 487-5561 Fax: (559) 487-5950

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

Francine Zepeda
Fresno Branch Chief

# MEMORANDUM

DATE: March 29, 2012

TO: Alan Leon Guerrero, CRD to The Honorable Jennifer L. Thurston

FROM: Francine Zepeda, Assistant Federal Defender

SUBJECT: United States v. Jeffrey Velasquez
5:11-cr-00009 JLT

---

Please continue the status conference hearing currently set for Tuesday, April 3, 2012, to **Tuesday, June 12, 2012, at 9:00 a.m.** The reason for this request is that our Assistant Federal Defenders will be out of the office to attend a Sentencing Commission Workshop. Brien Chartier has no objection to this request.

It is so Ordered. Dated: 3/29/12

*[signature]*
United States Magistrate Judge

cc: Brien Chartier